JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONNIE DAVE LEWIS, | Case No. 2:23-cv-00718-JVS-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| B. CATES, (Warden), | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the action is dismissed without prejudice to Petitioner filing a new action if he obtains permission from the Ninth Circuit to file a second or successive petition.

Dated: May 04, 2023

_____
JAMES V. SELNA
United States District Judge